1  KAREN P. HEWITT
   United States Attorney
2  SAMUEL W. BETTWY
   Assistant U.S. Attorney
3  California State Bar No. 94918
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7119
   Facsimile:  (619) 557-5004
6  Email: samuel.bettwy@usdoj.gov

7  Attorneys for Respondents

8

9              UNITED STATES DISTRICT COURT

10            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12 PHALY RIN,                    )  Case No. 08cv0571 JM (WMc)
   [A25 334 107]                 )
13                               )
                                 )
14           Petitioner,          )
                                 )
15      v.                       )
                                 )  EXHIBITS
16 MICHAEL CHERTOFF, Secretary    )
   of the Department of Homeland )
17 Security, et al.,             )
                                 )
18           Respondents.         )
                                 )

19

20 Warrant of Deportation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

21 Travel Document Issued by the Kingdom of Cambodia. . . . . . . . . . . . . . . . . . . . . . . . 3

22

23

24

25

26

27

28

U.S. Department of Homeland Security                                    Warrant of Removal/Deportation

File No.: A025334107
\_0803000363
March 12, 2008

**To any immigration officer of the United States Department of Homeland Security:**

Phally RIN
_____
(Full name of alien)

who entered the United States at  CHICAGO, IL                  on   May 1, 1982
                                  (Place of entry)                  (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☒ an immigration judge in exclusion, deportation, or removal proceedings
- ☐ a designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
237(a)(2)(A)(iii)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
Salaries and Expenses, Department of Homeland Security 2008.

_____
(Signature of immigration officer)

Acting Field Office Director
_____
(Title of immigration officer)

03-14-2008    Los Angeles, CA
_____
(Date and office location)

PLEASE RETURN EXECUTED
I-205/I-294 TO DRO Unit E
ROOM 7212

Form I-205 (Rev. 08/01/07)

To be completed by immigration officer executing the warrant:
Name of alien being removed:

Phally RIN                                                                25.334.107

**Port, date, and manner of removal:** _____

Photograph of alien
removed

Right index fingerprint
of alien removed

_____
(Signature of alien being fingerprinted)

_____
-Tran  LA 343  IEA
(Signature and title of immigration officer taking print)

Departure witnessed by: _____
                              (Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.   ☐

Departure Verified by: _____
                              (Signature and title of immigration officer)

Form I-205 (Rev. 08/01/07)

03/31/2008 14:25 FAX 1665736197 WMC US DHS DEPORTATION DEPT
Case 2:08-cv-00571-JWMC Document 2-2 Filed 03/31/2008 Page 4 of 4
☒004

4

MINISTRY OF INTERIOR

Cambodian National Police

លេខ : ២០២ អនញ

KINGDOM OF CAMBODIA

Nation Religion King



លិខិតអនុញ្ញាតធ្វើដំណើរបន្ទាន់អាសន្ន
**Emergency Travel Permit**

| | | |
|---|---|---|
| គោត្តនាមនិងនាម | : | រិន ផល្លី |
| Issued to | : | Rin Phaly |
| ថ្ងៃ ខែ ឆ្នាំកំណើត | : | ២០ តុលា ១៩៦៩ |
| Date of birth | : | 20 Oct 1969 |
| ទីកន្លែងកំណើត | : | ខេត្តបាត់ដំបង |
| Place of birth | : | Battambang |
| ភេទ | : | ប្រុស |
| Sex | : | Male |
| សញ្ជាតិ | : | ខ្មែរ |
| Nationality | : | Cambodian |
| សុពលភាពរហូតដល់ | : | 15 April 2008 |
| Valid until | : | |
| កាលបរិច្ឆេទចេញលិខិត | : | 15 January 2008 |
| Date of issue | : | |

លិខិតនេះមានតម្លៃសម្រាប់ធ្វើដំណើរមួយដងពី សហរដ្ឋអាមេរិក មកកាន់ព្រះរាជាណាចក្រកម្ពុជា ។
This Emergency Travel Permit is Valid for one journey from The United State of America to the Kingdom of Cambodia.

Commissioner General of National Police

នាយឧត្តមសេនីយ៍ ហុក ឡុងឌី