| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

PHALY RIN,  )   Case No. 08cv0571-JM (WMc)
            )
    Petitioner,  )
            )   CERTIFICATE OF SERVICE
    v.      )   BY MAIL
            )
MICHAEL CHERTOFF, Secretary of )
the Department of Homeland Security, et )
al.,        )
    Respondents.  )
_____  )
            )
STATE OF CALIFORNIA  )
            ) ss.
COUNTY OF SAN DIEGO  )

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **March 31, 2008,** I am causing service of the following (accompanying) document:

**NOTICE OF INTENT TO DEPORT PETITIONER**;
RESPONSE IN OPPOSITION TO REQUEST FOR STAY OF DEPORTATION;
PRELIMINARY RETURN TO PETITION FOR WRIT OF HABEAS CORPUS

on Petitioner, through his attorney of record, **Mr. John R. Alcorn**, and on all other attorneys of record, by electronically filing the foregoing document with the Clerk of the District Court using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which filing and System results in electronic notification to said attorney of said filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **31st Day of March 2008.**

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY