KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 94918
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119
Facsimile:  (619) 557-5004

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHALY RIN, | Case No. 08cv0571 JM (WMc) |
| Petitioner, | NOTICE OF "APPEARANCE" |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al., | CTRM: 16<br>JUDGE: Hon. Jeffrey T. Miller |
| Respondents. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for Respondents in the above-captioned case. I certify that I am admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4. I should receive all future Notices of Electronic Filings relating to activity in this case at the following e-mail address:

**Samuel W. Bettwy**   Tel: 619-557-7119   Email: samuel.bettwy@usdoj.gov

This notice is purely for the purpose of obtaining Notices of Electronic Filings in this case and does not constitute a waiver of any defense or objection, including but not limited to personal jurisdiction, sufficient process, sufficient process of service and proper venue.

1 | Please feel free to contact me should you have any questions regarding this notice.

2 |

3 | DATED:   April 1, 2008                    Respectfully submitted,

4 |                                            KAREN P. HEWITT
                                              United States Attorney

5 |                                            s/ Samuel W. Bettwy

6 |                                            _____
                                              SAMUEL W. BETTWY
                                              Assistant United States Attorney
7 |                                            Attorneys for Respondents
                                              Email: samuel.bettwy@usdoj.gov