# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Rin

           V.                          **JUDGMENT IN A CIVIL CASE**

Magee, et al

                                      **CASE NUMBER:**    08cv571-JM(WMC)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the petition for writ of habeas corpus is denied.................................................................................................
..............................................................................................................................................................................

| April 2, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON April 2, 2008